# EXHIBIT C



# COUNTY OF LOS ANGELES
## OFFICE OF THE COUNTY COUNSEL

**CONTRACTS**
350 S. FIGUEROA STREET, SUITE 700
LOS ANGELES, CALIFORNIA 90071

MARY C. WICKHAM
County Counsel

June 27, 2018

TELEPHONE
(213) 808-8778
FACSIMILE
(213) 613-4904
TDD
(213) 633-0901
E-MAIL
mowens@counsel.lacounty.gov

VIA E-MAIL

Timothy Hallett, Associate General Counsel
Election Systems & Software
11138 John Galt Boulevard – Suite 200
Omaha, Nebraska 68137
tjhallett@essvote.com

Re:  ES&S' Public Records Request – Voting Solutions for All People ("VSAP") Implementation and Support Services #17-008 Issued on January 2, 2018 ("Phase 2 RFP")

Dear Mr. Hallett:

    This is in response to your June 7, 2018, letter to the Los Angeles County Registrar-Recorder/County Clerk ("County") for records pursuant to the California Public Records Act.  We also informed you that additional time was necessary to identify and review the requested items and extended the time to respond to July 2, 2018, under Government Code section 6253(c) to determine if responsive disclosable records exist.  On June 7, 2018, you requested the following four categories of information:

    1) Any and all proposals, technical proposals, documentation, responses, reports, submittals, pricing, including, but not limited to any best and final offers and other information (collectively referred to herein as "Proposal Documents") submitted by Smartmatic USA Corporation ("Smartmatic"), including, but not limited to, its parent organizations, affiliates, subsidiaries, agents, contractors, subcontractors or any other individual or entity (collectively referred to herein as "Smartmatic") which submitted any Proposal Documents for, on behalf of, in conjunction with or referring to Smartmatic to provide any of the products, goods, services or other deliverables proposed in respect to the Phase 2 RFP.

HOA.102265638.1

Timothy Hallett
June 27, 2018
Page 2

      2) Any and all Proposal Documents submitted by Digital Foundry, Inc. ("DFI"), including, but not limited to, its parent organizations, affiliates, subsidiaries, agents, contractors, subcontractors or any other individual or entity (collectively referred to herein as "DFI") which submitted any Proposal Documents for, on behalf of, in conjunction with or referring to DFI to provide any of the products, goods, services, or other deliverables proposed in respect to the Phase 2 RFP.

      3) As soon as it becomes available, any award of contract, contracts or agreements entered into between Smartmatic and the County of Los Angeles related to the Phase 2 RFP.

      4) As soon as it becomes available, any award of contract, contracts or agreements entered into between DFI and the County of Los Angeles related to the Phase 2 RFP.

Additionally, on June 12, 2018, you submitted a supplemental request to the County for the information identified below:

      5) Any and all Specification Documents and Requirements set forth as links or as separate documents in Exhibit A - Statement of Work to the Contract. This includes, but is not limited to, all linked Specification Documents and Requirements, as we are unable to obtain this information through the proposed Contract posted on the Board's agenda.

After undertaking a search and review of records, it has been determined that there are records responsive to your request. However, records that fall within the exemptions below will not be provided:

1. Records exempt or prohibited from disclosure by federal or state law.

Government Code section 6254(k) exempts from disclosure records which are protected from disclosure under federal or state law, including the Evidence Code. State law protects confidential, proprietary, and privileged information from disclosure. (See, e.g., Govt. Code §§ 6254(k), 6255(a); Evid. Code §§ 954, 1040, 1060; and Civ. Pro. Code § 2018). Federal, state, and common law also protect trade secrets from disclosure. (See, e.g., Evid. Code § 1060; and Civ. Code §§ 3426-3426.11). As Election Systems & Software ("ES&S") is aware and acknowledged, the County's Specification Documents and Requirements as well as related third party documents are confidential information and contain

Timothy Hallett
June 27, 2018
Page 3

protected intellectual property and trade secret information. Accordingly, such confidential, proprietary, or privileged information is exempt and will not be produced, or will be redacted as appropriate based on the nature of the record.

> 2. Records where the facts of the particular case dictate that the public interest served by not disclosing the record clearly outweighs the public interest served by disclosure of the record.

Government Code section 6255(a) allows an agency to withhold a record by demonstrating that, on the facts of the particular case, "the public interest served by not making the record public clearly outweighs the public interest served by disclosure of the record." (*CBS Broadcasting, Inc. v. Superior Court* (2001) 91 Cal.App.4th 892; *Times Mirror Co. v. Superior Court* (1991) 53 Cal.3d 1325).

In order to evaluate proposals that best meet the needs of the County, the County needs proposers to submit certain confidential, proprietary, and trade secret information, such as financial and technical information, in response to a request for proposals. Disclosure of such confidential information impairs the County's ability to evaluate and select the proposal that best meets its needs. Accordingly, the public interest is best served by not disclosing such third-party confidential information. (Govt. Code § 6255(a)).

> 3. Records containing personal and/or private information of individuals.

Some responsive records contain the private information of individuals; and thus, such information is protected by the constitutional right of privacy and various federal and state laws. The disclosure of this private information would constitute an unwarranted invasion of personal privacy. Accordingly, such private information is exempt and will be redacted. (See, e.g., Government Code §§ 6254(k), 6255(a); and California Constitution, Art. I § 1).

There were no responsive records to requests 2 or 4, as DFI was not engaged in connection with the "Phase 2 RFP."

Because the California Public Records Act does not require the creation of an index or log, none will be provided. (See, e.g., *Haynie v. Superior Court* (2001) 26 Cal.4th 1061 at pp. 1073-74).

Timothy Hallett
June 27, 2018
Page 4

   Please send us your check in the amount of $32.61 made payable to the County of Los Angeles for these records, calculated as follows: 1062 pages times $0.03 per page and $0.75 handling. Please also send your referenced overnight account number for mailing. Once we receive your check and mailing account number, we will mail the documents to you.

            Very truly yours,

            MARY C. WICKHAM
            County Counsel

          By
            MICHAEL D. OWENS
            Deputy County Counsel
            Contracts Division

APPROVED AND RELEASED:

LAWRENCE L. HAFETZ
Chief Deputy

MDO:yk

Attachments