# EXHIBIT D



| | | | | |
|---|---|---|---|---|
| **SENNIGER POWERS** | ATTORNEYS AT LAW | PATENTS TRADEMARKS | LITIGATION COPYRIGHTS | TECHNOLOGY ANTITRUST |

ROBERT M. EVANS, JR.

SENNIGER POWERS LLP
100 NORTH BROADWAY
17TH FLOOR
ST. LOUIS, MISSOURI 63102

314-345-7004 (Direct)
866-291-7067 (Toll Free)

REvans@Senniger.com

July 19, 2018

**VIA E-MAIL**

Aaron Wainscoat
DLA Piper LLP (US)
200 University Avenue
East Palo Alto, California 94303-2250
aaron.wainscoat@dlapiper.com

      Re:  Smartmatic USA Corporation's Infringement of Election
            Systems & Software, LLC's Patents

Dear Mr. Wainscoat:

      We are in receipt of your letter dated July 9, 2018, which responds to ES&S's June 18, 2018 letter to Smartmatic USA Corporation. This firm will be representing ES&S with respect to Smartmatic's infringement of ES&S's U.S. Patent Nos. 8,991,701; 8,096,471; and 7,753,273. Please address future correspondence regarding this matter to my attention.

      As an initial matter, you assert in your July 9 letter that Mr. David Melville, Smartmatic's Chief Counsel, sent a letter to Mr. Eric Anderson via email on April 16, 2018. Mr. Anderson never received this letter. And I note that in the attachment to your letter, Mr. Melville indicates that his letter was sent "By E-Mail," but does not provide an email address for Mr. Anderson. Until your July 9 letter, ES&S had not received any communications from Smartmatic regarding Smartmatic's infringement.

      Following Smartmatic being selected as the prime contractor for Los Angeles County's Voting Solutions for All People (VSAP) project, ES&S suspected that Smartmatic's offer to make and sell voting equipment for the VSAP project infringed ES&S's U.S. patents. Since that time, ES&S has diligently pursued evidence to determine whether Smartmatic in fact infringed ES&S's patents. After gathering publicly available information relating to Los Angeles County's VSAP project, and after reviewing information provided to ES&S by Los Angeles County in response to ES&S's FOIA request, it appears as though ES&S's infringement suspicions were well-founded. The publicly available information is consistent with ES&S's belief that Smartmatic has and will continue to infringe ES&S's patents.

Mr. Wainscoat
July 19, 2018
Page 2

Los Angeles County, however, has withheld documents from its FOIA production based on a claim of confidentiality. For example, Los Angeles County has refused to provide ES&S with the technical and design documents relating to the final design of the VSAP ballot marking device. Los Angeles County's withholding of these technical documents has prevented ES&S from determining the exact functionalities of the final design of the VSAP's ballot marking device that Smartmatic offered for sale and intends to make and sell. Los Angeles County's refusal to produce this information leaves ES&S with publicly available information that appears to show that Smartmatic—as the prime contractor for Los Angeles County's VSAP—has and will so infringe ES&S's patents.

Specifically, regarding the '273 patent, the Smartmatic contract produced in response to ES&S's FOIA request appears to show that the manufacture, offer for sale and sale of the VSAP ballot marking device infringes at least claim 1 of the '273 patent. As shown below in the image excerpted from this contract, the VSAP ballot marking device appears to provide a method of voting and a voting system that allows a user to navigate and mark a ballot using a navigation device with a first pair of push-button switches positioned above and below a center-push button switch, and a second pair of push-button switches positioned left and right of the center push-button:



This same configuration is shown in publicly available YouTube videos:

Mr. Wainscoat
July 19, 2018
Page 3



https://www.youtube.com/watch?v=7q5_EqELtxM.

  If it is your position that this design is not covered by the '273 patent, then please provide the basis for your position and documents that support your position by July 27, 2018.  If it is your position that the above images and video do not represent the final design of the VSAP ballot marking device, then please provide ES&S with the final design of the VSAP ballot marking device and documents to support your position by July 27, 2018.

  Further, with respect to the '471 patent, the publicly available information that ES&S has collected to date appears to show that the manufacture, offer for sale and sale of the VSAP ballot marking device infringes at least claim 1 of the '471 patent.  For instance, the below images reveal that the VSAP ballot marking device includes a ballot marking device that marks a ballot and deposits the ballot into the ballot box.  The voting device presents election choices to a voter via the screen, allows a voter to input his or her voting selection, marks the ballot, transports the ballot, and has a diverter that directs the ballot from the transport mechanism into the attached ballot box.  The presentation device, input device, marking mechanism, transport mechanism, and diverter are integrated into a single unit as shown below:

Mr. Wainscoat
July 19, 2018
Page 4



If it is your position that this design is not covered by the '471 patent, then please provide the basis for your position and documents that support your position by July 27, 2018. If it is your position that the above images do not represent the final design of the VSAP ballot marking device, then please provide ES&S with the final design of the VSAP ballot marking device and documents to support your position by July 27, 2018.

Lastly, with respect to the '701 patent, the publicly available information that ES&S has collected to date again appears to show that the manufacture, offer for sale and sale of the VSAP ballot marking device infringes at least claim 1 of the '701 patent. Specifically, the below image and YouTube video shows Los Angeles County's VSAP ballot marking device as an accessible

Mr. Wainscoat
July 19, 2018
Page 5

voting station that comprises a voting console that presents an audio ballot to a voter and receives voting selections from the voter, a printer that prints a ballot that includes the voter's voting selections, a reader that scans the printed ballot to determine the voting selections, and wherein the voting console presents an audio representation of the voting selections to the voter and receives a confirmation of the scanned voting selections from the voter, and casts the confirmed voting selections in the election.



This same configuration is shown in publicly available YouTube videos:



https://www.youtube.com/watch?v=7q5_EqELtxM.

Mr. Wainscoat
July 19, 2018
Page 6

      If it is your position that this design is not covered by the '701 patent, then please provide the basis for your position and documents that support your position by July 27, 2018. If it is your position that the above images do not represent the final design of the VSAP ballot marking device, then please provide ES&S with the final design of the VSAP ballot marking device and documents to support your position by July 27, 2018.

      Based on the above, and on other publicly available information, and after reasonable inquiry, ES&S believes, to the best of its knowledge, information and belief, that Smartmatic is infringing its above identified patents. As of now, ES&S has a reasonable basis to file a patent infringement lawsuit against Smartmatic under Rule 11(b)(3)'s safe harbor provision, particularly given that ES&S's infringement allegations will have additional evidentiary support after further investigation or discovery into the technical documents Los Angeles County has thus far withheld.

      If Smartmatic does not provide the above requested information by July 27, 2018, ES&S will file a patent infringement lawsuit against Smartmatic and seek all available remedies for Smartmatic's apparent ongoing willful infringement.

                                                  Sincerely,

                                                  Robert M. Evans, Jr.

RME/mkf