# EXHIBIT E

| | |
|---|---|
| **From:** | Robert Evans |
| **Sent:** | Friday, July 27, 2018 3:46 PM |
| **To:** | 'Wainscoat, Aaron'; Meagan Fitzpatrick |
| **Cc:** | 'Lohse, Timothy' |
| **Subject:** | RE: Smartmatic USA Corporation's Infringement of Election Systems and Software, LLC's Patents |

Aaron,

Smartmatic has been on notice of these patents for a long time in the context of the LA County VSAP project.  There is no reason for further delay.

We are prepared to file suit.  However, in light of your email, we will withhold filing suit today.

If you believe you have a meritorious defense concerning any of the three patents that you want us to consider, then please send it to me by next Friday, August 3, 2018.  Failing same, we will proceed with the lawsuit.

Best regards,

Bob

Robert M. Evans, Jr.
**SENNIGER POWERS LLP**
100 North Broadway, 17th Floor, St. Louis, Missouri  63102
V: 314.345.7000 | D: 314.345.7004 | F: 314.345.7600
E: REvans@Senniger.com

---

**From:** Wainscoat, Aaron [mailto:Aaron.Wainscoat@dlapiper.com]
**Sent:** Thursday, July 26, 2018 3:36 PM
**To:** Meagan Fitzpatrick
**Cc:** Robert Evans; Lohse, Timothy
**Subject:** RE: Smartmatic USA Corporation's Infringement of Election Systems and Software, LLC's Patents

Hi Robert,

I wanted to let you know I am in receipt of your correspondence attached to the email immediately below, and that Smartmatic is considering an appropriate response.  In this regard, while your letter does not identify any factual or legal significance to the apparently arbitrary July 27 deadline for a response set forth in your letter,  as a courtesy please be advised that Smartmatic intends to respond in due course and anticipates providing a written response in the next one to two weeks.

Best regards,

-Aaron Wainscoat

**Aaron Wainscoat**
Partner

**T** +1 650.833.2442

F +1 650.687.1135
M +1 650.269.6657
E aaron.wainscoat@dlapiper.com



DLA Piper LLP (US)
2000 University Avenue
East Palo Alto, California 94303-2215
United States
www.dlapiper.com

---

**From:** Meagan Fitzpatrick [mailto:MFitzpatrick@senniger.com]
**Sent:** Thursday, July 19, 2018 2:14 PM
**To:** Wainscoat, Aaron
**Cc:** Robert Evans
**Subject:** Smartmatic USA Corporation's Infringement of Election Systems and Software, LLC's Patents

[EXTERNAL MESSAGE]

---

Mr. Wainscoat,

Please see attached letter from Robert M. Evans, Jr. regarding Smartmatic.

Thanks,

Meagan K. Fitzpatrick
Administrative Assistant
SENNIGER POWERS LLP
100 North Broadway, 17th Floor, St. Louis, Missouri  63102
V: 314.345.7000 | D: 314.345.7602 | F: 314.345.7600 | TF: 866.291.7067
E: MFitzpatrick@Senniger.com


**Confidentiality Notice: This e-mail contains information intended only for the use of the individual or entity named above.
If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, publication or copying of this e-mail is strictly prohibited. Under an informal ruling
by the Office of the Chief Disciplinary Counsel for the Supreme Court of Missouri, communication by e-mail is deemed not necessarily
secure and confidential. If you have received this e-mail in error, please immediately notify us by return e-mail and call
(314) 345-7000. Thank you.**
Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this

communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to [postmaster@dlapiper.com](postmaster@dlapiper.com). Thank you.