IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELECTION SYSTEMS & SOFTWARE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| SMARTMATIC USA CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| | ) | |

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1, Plaintiff Election Systems & Software, LLC hereby states that it is a limited liability company whose sole member is Government Systems, Software & Services, Inc. Plaintiff Election Systems & Software, LLC has no parent corporation and no publicly held corporation owns 10% or more of its stock or membership interests.

Dated: August 17, 2018

Respectfully submitted,

ROGOWSKI LAW LLC

By: *Patricia S Rogowski*
Patricia Smink Rogowski, Del. Bar ID #2632
501 Silverside Road, Suite 11
Silverside Carr Executive Center
Wilmington, DE 19809
Tel: (302) 893-0048
pat@rogowskilaw.com

SENNIGER POWERS LLP

Robert M. Evans, Jr., Mo Bar #35613
(*Pro Hac Vice* forthcoming)
Michael J. Hartley, Mo Bar #55057
(*Pro Hac Vice* forthcoming)
Kyle G. Gottuso, Mo Bar #64869
(*Pro Hac Vice* forthcoming)
Micah T. Uptegrove, Mo Bar #69401
(*Pro Hac Vice* forthcoming)
100 North Broadway, 17th Floor
St. Louis, MO 63102
Tel: (314) 345-7000
Fax: (314) 345-7600
revans@senniger.com
mhartley@senniger.com
kgottuso@senniger.com
muptegrove@senniger.com

*Attorneys for Plaintiff Election Systems & Software, LLC*