UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **ELECTION SYSTEMS &** **SOFTWARE, LLC** : : **Plaintiff,** : : v. : : **SMARTMATIC USA CORP.,** : : **Defendant.** : _____/ | Case No. 1:18-cv-01259-RGA |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Robert M. Evans, Jr., Michael J. Hartley, Kyle G. Gottuso and Micah T. Uptegrove of Senniger Powers LLP to represent plaintiff, Election Systems & Software, LLC, in this matter.

Date:   August 23, 2018                            Respectfully submitted,

                                                                    /s/ Patricia Smink Rogowski
                                                                    Patricia Smink Rogowski (Del. Bar ID 2632)
                                                                    pat@rogowskilaw.com
                                                                    Rogowski Law LLC
                                                                    501 Silverside Road, Suite 11
                                                                    Wilmington, DE  19809
                                                                    Telephone: 302-893-0048

                                                                    *Counsel for Plaintiff,*
                                                                    *Election Systems & Software, LLC*

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* is granted.

Date:_____, 2018      _____
                                                                    United States District Judge

## **CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Missouri, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/2009, I further certify that the annual fee of $25.00 has been paid _X_ to the Clerk of Court, or if not paid previously, the fee payment will be submitted __ to the Clerk's Office upon the filing of this motion.

Date: 8/23/18

Robert M. Evans, Jr.
Senniger Powers LLP
100 North Broadway, 17th Floor
St. Louis, MO  63102
Tel. 314-345-7000
revans@senniger.com

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Missouri, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/2009, I further certify that the annual fee of $25.00 has been paid _X_ to the Clerk of Court, or if not paid previously, the fee payment will be submitted __ to the Clerk's Office upon the filing of this motion.

Date: 8/23/2018

Michael J. Hartley
Senniger Powers LLP
100 North Broadway, 17th Floor
St. Louis, MO 63102
Tel. 314-345-7000
mhartley@senniger.com

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Missouri, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/2009, I further certify that the annual fee of $25.00 has been paid _X_ to the Clerk of Court, or if not paid previously, the fee payment will be submitted __ to the Clerk's Office upon the filing of this motion.

Date: 8/23/18

Kyle G. Gottuso
Senniger Powers LLP
100 North Broadway, 17th Floor
St. Louis, MO 63102
Tel. 314-345-7000
kgottuso@senniger.com

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Missouri, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/2009, I further certify that the annual fee of $25.00 has been paid _X_ to the Clerk of Court, or if not paid previously, the fee payment will be submitted __ to the Clerk's Office upon the filing of this motion.

Date:  August 23, 2018

Micah T. Uptegrove
Senniger Powers LLP
100 North Broadway, 17th Floor
St. Louis, MO  63102
Tel. 314-345-7000
muptegrove@senniger.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Patricia S. Rogowski*
Patricia Smink Rogowski
Del. Bar ID #2632