## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Election Systems & Software, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>Smartmatic USA Corporation,<br><br>  Defendant. | C.A. No. 1:18-cv-01259-RGA<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND [PROPOSED] ORDER FOR EXTENSION

IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiff Election Systems & Software, LLC ("Plaintiff") and counsel for Defendant Smartmatic USA Corporation ("Defendant"), subject to the approval of the Court, that Defendant's time to answer, move, or otherwise respond to the Complaint in this action shall be extended to October 10, 2018. The current date for Defendant to respond to the Complaint is September 10, 2018.

Dated: August 24, 2018

| **ROGOWSKI LAW LLC** | **DLA Piper LLP (US)** |
|---|---|
| */s/ Patricia Smink Rogowski* | */s/ Denise S. Kraft* |
| Patricia Smink Rogowski (DE Bar No. 2632) | Denise S. Kraft (DE Bar No. 2778) |
| 501 Silverside Road, Suite 11 | Brian A. Biggs (DE Bar No. 5591) |
| Silverside Carr Executive Center | 1201 North Market Street, Suite 2100 |
| Wilmington, DE 19809 | Wilmington, DE 19801 |
| Telephone: (302) 893-0048 | Telephone: (302) 468-5700 |
| pat@rogowskilaw.com | Facsimile:  (302) 394-2341 |
| | denise.kraft@dlapiper.com |
| | brian.biggs@dlapiper.com |
| *Attorney for Plaintiff Election Systems & Software, LLC* | *Attorneys for Defendant Smartmatic USA Corporation* |

SO ORDERED this __ day of August, 2018

_____
United States District Court Judge

EAST\158685724.1