**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Election Systems & Software, LLC, | |
| Plaintiff, | C.A. No. 1:18-cv-01259-RGA |
| v. | JURY TRIAL DEMANDED |
| Smartmatic USA Corporation, | |
| Defendant. | |

**NOTICE OF ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Brian A. Biggs enters his appearance on behalf of Defendant Smartmatic USA Corporation.

Dated: August 30, 2018

**DLA PIPER LLP (US)**

*/s/ Brian A. Biggs*
Denise S. Kraft (DE Bar No. 2778)
Brian A. Biggs (DE Bar No. 5591)
1201 North Market Street, Suite 2100
Wilmington, DE  19801-1147
Telephone:  302-468-5700
Facsimile:  302-394-2341
denise.kraft@dlapiper.com
brian.biggs@dlapiper.com

*Attorneys for Defendant Smartmatic USA Corporation*