## CERTIFICATE OF SERVICE

I, Brian A. Biggs, hereby certify that on this 30th  day of August, 2018, I caused a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to the following attorneys of record, and is available for viewing and downloading.

Patricia Smink Rogowski
**ROGOWSKI LAW LLC**
501 Silverside Road, Suite 11
Silverside Carr Executive Center
Wilmington, DE 19809
pat@rogowskilaw.com

Robert M. Evans, Jr.
Michael J. Hartley
Kyle G. Gottuso
Micah T. Uptegrove
**SENNIGER POWERS LLP**
100 North Broadway, 17th Floor
St. Louis, MO 63102
revans@senniger.com
mhartley@senniger.com
kgottuso@senniger.com
muptegrove@senniger.com

/s/ *Brian A. Biggs*
Brian A. Biggs (DE Bar No. 5591)

EAST\158693015.1