# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Election Systems & Software, LLC, | |
| Plaintiff, | C.A. No. 1:18-cv-01259-RGA |
| v. | JURY TRIAL DEMANDED |
| Smartmatic USA Corporation, | |
| Defendant. | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
### (Aaron Wainscoat, Timothy Lohse, Larissa S. Bifano, Harpreet Singh, Erin McLaughlin, and Michael Van Handel)

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Aaron Wainscoat, Timothy Lohse, Harpreet Singh and Erin McLaughlin of the law firm of DLA Piper LLP (US), 2000 University Avenue, East Palo Alto, California 94303-2214, and Larissa S. Bifano and Michael Van Handel of the law firm of DLA Piper LLP (US), 33 Arch Street, 26th Floor, Boston, Massachusetts 02110-1447, to represent Defendant Smartmatic USA Corporation, in this action.

Dated: August 30, 2018

**DLA PIPER LLP (US)**

*/s/ Denise S. Kraft*
Denise S. Kraft (DE Bar No. 2778)
Brian A. Biggs (DE Bar No. 5591)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-3046
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
denise.kraft@dlapiper.com
brian.biggs@dlapiper.com

*Attorneys for Defendant*
*Smartmatic USA Corporation*

158710220.1