## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* for Aaron Wainscoat, Timothy Lohse, Larissa Bifano, Harpreet Singh, Erin McLaughlin, and Michael Van Handel is granted.


_____
UNITED STATES DISTRICT COURT JUDGE


Dated:_____

158710220.1