**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this court's Local Rules.

In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk of the Court upon filing of this motion.

Dated:  August 27, 2018                              **DLA PIPER LLP (US)**

/s/ Harpreet Singh

Harpreet Singh
2000 University Avenue
East Palo Alto, California 94303-2214
Telephone: (650) 833-2000
Facsimile:  (650) 833-2001
harpreet.singh@dlapiper.com

158710220.1