## CERTIFICATE OF SERVICE

I, Denise S. Kraft, hereby certify that on this 30th day of August, 2018, I caused a true and correct copy of the foregoing **Motion and Order for Admission *Pro Hac Vice* (Aaron Wainscoat, Timothy Lohse, Larissa Bifano, Harpreet Singh, Erin McLaughlin, and Michael Van Handel)** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to the following attorneys of record, and is available for viewing and downloading.

    Patricia Smink Rogowski
**ROGOWSKI LAW LLC**
501 Silverside Road, Suite 11
Silverside Carr Executive Center
Wilmington, DE 19809
pat@rogowskilaw.com

Robert M. Evans, Jr.
Michael J. Hartley
Kyle G. Gottuso
Micah T. Uptegrove
**SENNIGER POWERS LLP**
100 North Broadway, 17th Floor
St. Louis, MO 63102
revans@senniger.com
mhartley@senniger.com
kgottuso@senniger.com
muptegrove@senniger.com

    */s/ Denise S. Kraft*
    Denise S. Kraft (DE Bar No. 2778)

158710220.1