# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Election Systems & Software, LLC,<br><br>                    Plaintiff,<br><br>      v.<br><br>Smartmatic USA Corporation,<br><br>                    Defendant. | C.A. No. 1:18-cv-01259-RGA<br><br>JURY TRIAL DEMANDED |

## DEFENDANT SMARTMATIC USA CORPORATION'S
## MOTION TO DISMISS COMPLAINT

Defendant Smartmatic USA Corporation, by and through its undersigned counsel, respectfully moves to dismiss Plaintiff Election Systems & Software, LLC's Complaint (D.I. -1) under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in the accompanying opening brief in support.

| | |
|---|---|
| Dated: October 10, 2018<br><br>OF COUNSEL:<br><br>Aaron Wainscoat (admitted Pro Hac Vice)<br>Timothy Lohse (admitted Pro Hac Vice)<br>Harpreet Singh (admitted Pro Hac Vice)<br>Erin McLaughlin (admitted Pro Hac Vice)<br>DLA PIPER LLP (US)<br>2000 University Ave.<br>East Palo Alto, CA 94303<br>Telephone: 650.833.2000<br>Facsimile: 650.833.2001<br>aaron.wainscoat@dlapiper.com<br>timothy.lohse@dlapiper.com<br>harpreet.singh@dlapiper.com<br>erin.mclaughlin@dlapiper.com | **DLA PIPER LLP (US)**<br><br>By: */s/ Denise S. Kraft*<br>Denise S. Kraft (DE Bar No. 2778)<br>Brian A. Biggs (DE Bar No. 5591)<br>DLA PIPER LLP (US)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801-1147<br>Telephone: 302.468.5700<br>Facsimile: 302.394.2341<br>denise.kraft@dlapiper.com<br>brian.biggs@dlapiper.com<br>*Attorneys for Defendant*<br>*Smartmatic USA Corporation* |

Larissa S. Bifano (admitted Pro Hac Vice)
Michael Van Handel (admitted Pro Hac Vice)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: (617) 406-6000
Facsimile:   (617) 406-6100
larissa.bifano@dlapiper.com
michael.vanhandel@dlapiper.com