## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Election Systems & Software, LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>Smartmatic USA Corporation,<br><br>                    Defendant. | C.A. No. 1:18-cv-01259-RGA<br><br>JURY TRIAL DEMANDED |

### [PROPOSED ORDER] GRANTING DEFENDANT SMARTMATIC USA CORPORATION'S MOTION TO DISMISS

This court, having considered Defendant Smartmatic USA Corporation's Motion to Dismiss;

IT IS HEREBY ORDERED this _____ day of _____, 2018 that the motion is GRANTED and the Court orders as follows:

   1. Pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiff Election Systems & Software, LLC's claim of direct infringement of U.S. Patent No. 8,096,471 is dismissed with prejudice for failure to state a claim upon which relief can be granted.

   2. Pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiff Election Systems & Software, LLC's claim of willful infringement of U.S. Patent No. 8,096,471 is dismissed with prejudice for failure to state a claim upon which relief can be granted.

   3. Pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiff Election Systems & Software, LLC's claim of direct infringement of U.S. Patent No. 7,753,273 is dismissed with prejudice for failure to state a claim upon which relief can be granted.

4. Pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiff Election Systems & Software, LLC's claim of willful infringement of U.S. Patent No. 8,096,471 7,753,273 is dismissed with prejudice for failure to state a claim upon which relief can be granted.

_____
UNITED STATES DISTRICT JUDGE