## CERTIFICATE OF SERVICE

I, Denise S. Kraft, hereby certify that on this 10th day of October, 2018, I caused a true and correct copy of the foregoing **DEFENDANT SMARTMATIC USA CORPORATION'S MOTION TO DISMISS COMPLAINT** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to the following attorneys of record, and is available for viewing and downloading.

> Patricia Smink Rogowski
> **ROGOWSKI LAW LLC**
> 501 Silverside Road, Suite 11
> Silverside Carr Executive Center
> Wilmington, DE 19809
> pat@rogowskilaw.com
>
> Robert M. Evans, Jr.
> Michael J. Hartley
> Kyle G. Gottuso
> Micah T. Uptegrove
> **SENNIGER POWERS LLP**
> 100 North Broadway, 17th Floor
> St. Louis, MO 63102
> revans@senniger.com
> mhartley@senniger.com
> kgottuso@senniger.com
> muptegrove@senniger.com

> /s/ *Denise S. Kraft*
> Denise S. Kraft (DE Bar No. 2778)