## CERTIFICATE OF SERVICE

I, Denise S. Kraft, hereby certify that on this 10th day of October, 2018, I caused a true and correct copy of the foregoing **OPENING BRIEF IN SUPPORT OF DEFENDANT SMARTMATIC USA CORPORATION'S MOTION TO DISMISS COMPLAINT** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to the following attorneys of record, and is available for viewing and downloading.

>Patricia Smink Rogowski
>**ROGOWSKI LAW LLC**
>501 Silverside Road, Suite 11
>Silverside Carr Executive Center
>Wilmington, DE 19809
>pat@rogowskilaw.com
>
>Robert M. Evans, Jr.
>Michael J. Hartley
>Kyle G. Gottuso
>Micah T. Uptegrove
>**SENNIGER POWERS LLP**
>100 North Broadway, 17th Floor
>St. Louis, MO 63102
>revans@senniger.com
>mhartley@senniger.com
>kgottuso@senniger.com
>muptegrove@senniger.com

>/s/ *Denise S. Kraft*
>Denise S. Kraft (DE Bar No. 2778)