## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Election Systems & Software, LLC,

          Plaintiff,

        v.

Smartmatic USA Corporation,

          Defendant.

C.A. No. 1:18-cv-01259-RGA

JURY TRIAL DEMANDED

### DEFENDANT SMARTMATIC USA CORPORATION'S
### CORPORATE DISCLOSURE STATEMENT

Defendant Smartmatic USA Corporation files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states the following: Smartmatic USA Corporation confirms that it is 100% owned by Smartmatic International Holding B.V., and that its ultimate parent Company is SGO Corporation Limited.

Dated:  October 10, 2018

**OF COUNSEL**:

Aaron Wainscoat (admitted *Pro Hac Vice*)
Timothy Lohse (admitted *Pro Hac Vice*)
Harpreet Singh (admitted *Pro Hac Vice*)
Erin McLaughlin (admitted *Pro Hac Vice*)
**DLA PIPER LLP (US)**
2000 University Ave.
East Palo Alto, CA 94303
Telephone: 650.833.2000
Facsimile: 650.833.2001
aaron.wainscoat@dlapiper.com
timothy.lohse@dlapiper.com
harpreet.singh@dlapiper.com
erin.mclaughlin@dlapiper.com

**DLA PIPER LLP (US)**

By: */s/ Denise S. Kraft*
Denise S. Kraft (DE Bar No. 2778)
Brian A. Biggs (DE Bar No. 5591)
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE  19801-1147
Telephone:  302.468.5700
Facsimile:  302.394.2341
denise.kraft@dlapiper.com
brian.biggs@dlapiper.com

*Attorneys for Defendant*
*Smartmatic USA Corporation*

Larissa S. Bifano (admitted *Pro Hac Vice*)
Michael Van Handel (admitted *Pro Hac Vice*)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: (617) 406-6000
Facsimile:   (617) 406-6100
larissa.bifano@dlapiper.com
michael.vanhandel@dlapiper.com

## <u>CERTIFICATE OF SERVICE</u>

I, Denise S. Kraft, hereby certify that on this 10th day of October, 2018, I caused a true and correct copy of the foregoing **DEFENDANT SMARTMATIC USA CORPORATION'S CORPORATE DISCLOSURE STATEMENT** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to the following attorneys of record, and is available for viewing and downloading.

Patricia Smink Rogowski
**ROGOWSKI LAW LLC**
501 Silverside Road, Suite 11
Silverside Carr Executive Center
Wilmington, DE 19809
pat@rogowskilaw.com

Robert M. Evans, Jr.
Michael J. Hartley
Kyle G. Gottuso
Micah T. Uptegrove
**SENNIGER POWERS LLP**
100 North Broadway, 17th Floor
St. Louis, MO 63102
revans@senniger.com
mhartley@senniger.com
kgottuso@senniger.com
muptegrove@senniger.com

/s/ *Denise S. Kraft*
Denise S. Kraft (DE Bar No. 2778)