UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ELECTION SYSTEMS & SOFTWARE, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SMARTMATIC USA CORPORATION,<br><br>    Defendant. | Civil Action No. 1:18-cv-1259-RGA<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the Court's approval, that the time for plaintiff to file its answering brief on Defendant Smartmatic USA Corporation's Motion to Dismiss Complaint (D.I. 10) is extended by two weeks (from October 24, 2018 to November 7, 2018) and the time for defendant to file its reply brief is extended by one week (from November 14, 2018 to November 21, 2018).

Dated: October 17, 2018

| | |
|---|---|
| ROGOWSKI LAW LLC | DLA PIPER LLP (US) |
| By: _/s/ Patricia S. Rogowski_<br>Patricia Smink Rogowski (Bar No. 2632)<br>501 Silverside Road, Suite 11<br>Silverside Carr Executive Center<br>Wilmington, DE 19809<br>(302) 893-0048 (t)<br>pat@rogowskilaw.com<br>*Attorney for Plaintiff,*<br>*Maritz Holdings, Inc.* | By: _/s/ Denise S. Kraft_<br>Denise S. Kraft (Bar No. 2778)<br>Brian A. Biggs (Bar No. 5591)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801-1147<br>(302) 468-5700 (t)<br>denise.kraft@dlapiper.com<br>brian.biggs@dlapiper.com<br>*Attorneys for Defendant*<br>*Smartmatic USA Corporation* |

Approved and So Ordered this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE