## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| ELECTION SYSTEMS & SOFTWARE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SMARTMATIC USA CORPORATION, <br><br> Defendant. | Civil Action No. 1:18-cv-1259-RGA <br><br> JURY TRIAL DEMANDED |

### NOTICE OF CHANGE OF FIRM AND ADDRESS

PLEASE TAKE NOTICE that as of this date, the firm name and address for service for the following counsel for Plaintiff, Election Systems & Software, LLC, is changed to:

    Robert M. Evans, Jr.    Robert.evans@stinson.com
    Michael J. Hartley    Michael.hartley@stinson.com
    Kyle G. Gottuso    Kyle.gottuso@stinson.com
    Micah T. Uptegrove    Micah.uptegrove@stinson.com

STINSON LEONARD STREET LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO  63105-1821
(314) 863-0800

Dated: October 29, 2018

    ROGOWSKI LAW LLC

    By:  _/s/ Patricia S. Rogowski_
    Patricia Smink Rogowski (Bar No. 2632)
    501 Silverside Road, Suite 11
    Silverside Carr Executive Center
    Wilmington, DE 19809
    (302) 893-0048 (t)
    pat@rogowskilaw.com
    *Attorney for Plaintiff,*
    *Election Systems & Software, LLC*

CERTIFICATE OF SERVICE

      The undersigned, an attorney, certifies that on October 29, 2018 she caused the foregoing to be filed with the Clerk of the United States District court for the District of Delaware, a copy of which will be served on counsel of record by the Clerk's ECF/CM system.

/s/ *Patricia S. Rogowski*

ROGOWSKI LAW LLC
Patricia Smink Rogowski (Bar ID No. 2632)
501 Silverside Road, Suite 11
Silverside Carr Executive Center
Wilmington, DE 19809
(302) 893-0048
pat@rogowskilaw.com