## CERTIFICATE OF SERVICE

I, Denise S. Kraft, hereby certify that on this 21st day of November, 2018, I caused a true and correct copy of the foregoing **REPLY BRIEF IN SUPPORT OF DEFENDANT SMARTMATIC USA CORPORATION'S MOTION TO DISMISS COMPLAINT** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to the following attorneys of record, and is available for viewing and downloading.

>Patricia Smink Rogowski
>**ROGOWSKI LAW LLC**
>501 Silverside Road, Suite 11
>Silverside Carr Executive Center
>Wilmington, DE 19809
>pat@rogowskilaw.com
>
>Robert M. Evans, Jr.
>Michael J. Hartley
>Kyle G. Gottuso
>Micah T. Uptegrove
>**STINSON LEONARD STREET LLP**
>770 Forsyth Boulevard, Suite 1100
>St. Louis, MO  63105-1821
>robert.evans@stinson.com
>michael.hartley@stonson.com
>kyle.gottuso@stinson.com
>micah.uptegrove.stinson.com
>
>/s/ *Denise S. Kraft*
>Denise S. Kraft (DE Bar No. 2778)