# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Election Systems & Software, LLC,<br><br>                            Plaintiff,<br><br>          v.<br><br>Smartmatic USA Corporation,<br><br>                          Defendant. | C.A. No. 18-01259-RGA<br><br>JURY TRIAL DEMANDED |

## DEFENDANT'S REQUEST FOR ORAL ARGUMENT

      Pursuant to Local Rule 7.1.4, Defendant Smartmatic USA Corporation ("Defendant") respectfully requests oral argument before the Court in connection with Defendant Smartmatic USA Corporation's Motion to Dismiss Complaint (D.I. 10). All briefing on Defendant's Motion to Dismiss Complaint provided under the Local Rules has been completed.

Dated:  November 27, 2018

**OF COUNSEL**:

Aaron Wainscoat (admitted *Pro Hac Vice*)
Timothy Lohse (admitted *Pro Hac Vice*)
Harpreet Singh (admitted *Pro Hac Vice*)
Erin McLaughlin (admitted *Pro Hac Vice*)
**DLA PIPER LLP (US)**
2000 University Ave.
East Palo Alto, CA 94303
Telephone: 650.833.2000
Facsimile: 650.833.2001
aaron.wainscoat@dlapiper.com
timothy.lohse@dlapiper.com
harpreet.singh@dlapiper.com
erin.mclaughlin@dlapiper.com

**DLA PIPER LLP (US)**

By: */s/ Denise S. Kraft*
Denise S. Kraft (DE Bar No. 2778)
Brian A. Biggs (DE Bar No. 5591)
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE  19801-1147
Telephone:  302.468.5700
Facsimile:    302.394.2341
denise.kraft@dlapiper.com
brian.biggs@dlapiper.com

*Attorneys for Defendant*
*Smartmatic USA Corporation*

EAST\162716523.1

Larissa S. Bifano (admitted *Pro Hac Vice*)
Michael Van Handel (admitted *Pro Hac Vice*)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: (617) 406-6000
Facsimile:   (617) 406-6100
larissa.bifano@dlapiper.com
michael.vanhandel@dlapiper.com