## CERTIFICATE OF SERVICE

I, Denise S. Kraft, hereby certify that on this 27th day of November, 2018, I caused a true and correct copy of the foregoing **DEFENDANT'S REQUEST FOR ORAL ARGUMENT** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to the following attorneys of record, and is available for viewing and downloading.

>    Patricia Smink Rogowski
>    **ROGOWSKI LAW LLC**
>    501 Silverside Road, Suite 11
>    Silverside Carr Executive Center
>    Wilmington, DE 19809
>    pat@rogowskilaw.com
>
>
>    Robert M. Evans, Jr.
>    Michael J. Hartley
>    Kyle G. Gottuso
>    Micah T. Uptegrove
>    **STINSON LEONARD STREET LLP**
>    770 Forsyth Boulevard, Suite 1100
>    St. Louis, MO  63105-1821
>    robert.evans@stinson.com
>    michael.hartley@stinson.com
>    kyle.gottuso@stinson.com
>    micah.uptegrove.stinson.com

>    /s/ *Denise S. Kraft*
>    Denise S. Kraft (DE Bar No. 2778)