## CERTIFICATE OF SERVICE

I, Denise S. Kraft, hereby certify that on this 19th day of March, 2019, I caused a true and correct copy of the foregoing **DEFEDANT SMARTMATIC USA CORP'S ANSWER TO COMPLAINT FOR PATENT INFRINGEMENT** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to the following attorneys of record, and is available for viewing and downloading.

>Patricia Smink Rogowski
>**ROGOWSKI LAW LLC**
>501 Silverside Road, Suite 11
>Silverside Carr Executive Center
>Wilmington, DE 19809
>pat@rogowskilaw.com
>
>Robert M. Evans, Jr.
>Michael J. Hartley
>Kyle G. Gottuso
>Micah T. Uptegrove
>**STINSON LEONARD STREET LLP**
>770 Forsyth Boulevard, Suite 1100
>St. Louis, MO 63105-1821
>robert.evans@stinson.com
>michael.hartley@stonson.com
>kyle.gottuso@stinson.com
>micah.uptegrove.stinson.com

>/s/ *Denise S. Kraft*
>Denise S. Kraft (DE Bar No. 2778)

51.2 66}