

Patricia Smink Rogowski
pat@rogowskilaw.com
(302) 893-0048

April 18, 2019

By ECF
Hon. Richard G. Andrews
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    Election Systems & Software, LLC v. Smartmatic US Corp.,
           C.A. No. 18-cv-1259-RGA (D. Delaware)
           <u>Our file:  1016-0002</u>

Dear Judge Andrews:

    The parties hereby submit the enclosed Joint Proposed Scheduling Order for the Court's consideration.

                Respectfully submitted,

                Patricia S Rogowski
                Patricia Smink Rogowski

Enclosure

cc:    Robert M. Evans, Jr.
       Kyle G. Gottuso
       Michael J. Hartley
       Micah T. Uptegrove
       Aaron Wainscoat
       Timothy Lohse
       Denise S. Kraft
       Brian A. Biggs
       Harpreet Singh
       Larissa S. Bifano
       Michael Van Handel
       Erin McLaughlin