# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELECTION SYSTEMS & SOFTWARE, LLC, | |
| Plaintiff, | |
| v. | C.A. No. 18-01259-RGA |
| SMARTMATIC USA CORP, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## NOTICE OF SERVICE

I, Denise S. Kraft, do hereby certify that on May 7, 2019 a copy of: **DEFENDANT SMARTMATIC USA CORP'S INITIAL DISCLOSURES** was served via email on the below counsel:

| | |
|---|---|
| Patricia Smink Rogowski<br>**ROGOWSKI LAW LLC**<br>501 Silverside Road, Suite 11<br>Silverside Carr Executive Center<br>Wilmington, DE 19809<br>pat@rogowskilaw.com | Robert M. Evans, Jr.<br>Michael J. Hartley<br>Kyle G. Gottuso<br>Micah T. Uptegrove<br>**STINSON LEONARD STREET LLP**<br>770 Forsyth Boulevard, Suite 1100<br>St. Louis, MO 63105-1821<br>robert.evans@stinson.com<br>michael.hartley@stinson.com<br>kyle.gottuso@stinson.com<br>micah.uptegrove@stinson.com |

| | |
|---|---|
| Dated:  May 8, 2019 | **DLA PIPER LLP (US)** |
| **OF COUNSEL**: | |
| | */s/ Denise S. Kraft* |
| Aaron Wainscoat (admitted *Pro Hac Vice*) | Denise S. Kraft (DE Bar No. 2778) |
| Timothy Lohse (admitted *Pro Hac Vice*) | Brian A. Biggs (DE Bar No. 5591) |
| Erin McLaughlin (admitted *Pro Hac Vice*) | **DLA PIPER LLP (US)** |
| Harpreet Singh (admitted *Pro Hac Vice*) | 1201 North Market Street, Suite 2100 |
| **DLA PIPER LLP (US)** | Wilmington, DE  19801-1147 |
| 2000 University Ave. | Telephone:  302.468.5700 |
| East Palo Alto, CA 94303 | Facsimile:   302.394.2341 |
| Telephone: 650.833.2000 | denise.kraft@dlapiper.com |
| Facsimile: 650.833.2001 | brian.biggs@dlapiper.com |
| aaron.wainscoat@dlapiper.com | |
| timothy.lohse@dlapiper.com | *Attorneys for Defendant* |
| erin.mclaughlin@dlapiper.com | *Smartmatic USA Corp* |
| harpreet.singh@dlapiper.com | |