**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Election Systems & Software, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Smartmatic USA Corporation,<br><br>    Defendant. | C.A. No. 1:18-cv-01259-RGA<br><br>JURY TRIAL DEMANDED |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Erin E. Larson enters her appearance on behalf of Defendant Smartmatic USA Corporation.

Dated: May 9, 2019

**OF COUNSEL**

Aaron Wainscoat (admitted *Pro Hac Vice*)
Timothy Lohse (admitted *Pro Hac Vice*)
Harpreet Singh (admitted *Pro Hac Vice*)
Erin McLaughlin (admitted *Pro Hac Vice*)
**DLA PIPER LLP (US)**
2000 University Ave.
East Palo Alto, CA 94303
Telephone: (650) 833-2000
Facsimile:  (650) 833-2001
aaron.wainscoat@dlapiper.com
timothy.lohse@dlapiper.com
harpreet.singh@dlapiper.com
erin.mclaughlin@dlapiper.com

Larissa S. Bifano (admitted *Pro Hac Vice*)
Michael Van Handel (admitted *Pro Hac Vice*)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: (617) 406-6000
Facsimile:  (617) 406-6100
larissa.bifano@dlapiper.com
michael.vanhandel@dlapiper.com

**DLA PIPER LLP (US)**

*/s/ Erin E. Larson*
Denise S. Kraft (DE Bar No. 2778)
Brian A. Biggs (DE Bar No. 5591)
Erin E. Larson (DE Bar No. 6616)
1201 North Market Street, Suite 2100
Wilmington, DE  19801-3046
Telephone: (302) 468-5700
Facsimile:   (302) 394-2341
denise.kraft@dlapiper.com
brian.biggs@dlapiper.com
erin.larson@dlapiper.com

*Attorneys for Defendant Smartmatic USA Corporation*

EAST\166434687.1