## CERTIFICATE OF SERVICE

I, Erin E. Larson, hereby certify that on this 9th  day of May, 2019, I caused a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to the following attorneys of record, and is available for viewing and downloading.

Patricia Smink Rogowski
**ROGOWSKI LAW LLC**
501 Silverside Road, Suite 11
Silverside Carr Executive Center
Wilmington, DE 19809
pat@rogowskilaw.com

Robert M. Evans, Jr.
Michael J. Hartley
Kyle G. Gottuso
Micah T. Uptegrove
**STINSON LEONARD STREET LLP**
7700 Forsyth Blvd.,
Suite 1100
St. Louis, MO  63105-1821
Robert.evans@stinson.com
Michael.hartley@stinson.com
Kyle.gottuso@stinson.com
Micah.uptegrove@stinson.com

*/s/ Erin E. Larson*
Erin E. Larson (DE Bar No. 6616)

EAST\166434687.1