## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELECTION SYSTEMS & SOFTWARE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-1259 (RGA) |
| | ) | |
| SMARTMATIC USA CORP., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF SERVICE

Plaintiff, ELECTION SYSTEMS & SOFTWARE, LLC ("ELECTION SYSTEMS") by

and through its undersigned counsel, hereby gives notice that on May 7, 2019, copies of

PLAINTIFF ELECTION SYSTEMS AND SOFTWARE, LLC'S INITIAL DISCLOSURES

UNDER RULE 26(a)(1) AND THE COURT'S LOCAL RULES were served as follows:

**By Email:**

Denise S. Kraft  (served on May 10, 2019)
Brian A. Biggs   (served on May 10, 2019)
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE  19801-1147
Denise.kraft@dlapiper.com
Brian.biggs@dlapiper.com

Aaron Wainscoat
Timothy Lohse
Erin McLaughlin
Harpreet Singh
DLA PIPER LLP (US)
2000 University Ave.
East Palo Alto, CA  94303
Aaron.wainscoat@dlapiper.com
Timothy.lohse@dlapiper.com
Erin.mclaughlin@dlapiper.com
Harpreet.singh@dlapiper.com

*Attorneys for Defendant Smartmatic USA Corp.*

Dated: May 11, 2019

Respectfully submitted,

ROGOWSKI LAW LLC

By:  /s/ *Patricia S. Rogowski*
Patricia Smink Rogowski, Del. Bar ID #2632
501 Silverside Road, Suite 11
Silverside Carr Executive Center
Wilmington, DE 19809
Tel:  (302) 893-0048
pat@rogowskilaw.com

STINSON LLP

Robert M. Evans, Jr.
Kyle G. Gottuso
Michael J. Hartley
770 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Tel.: 314-863-0800
robert.evans@stinson.com
kyle.gottuso@stinson.com
michael.hartley@stinson.com

*Attorneys for Plaintiff Election Systems &
Software, LLC*