**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ELECTION SYSTEMS & SOFTWARE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-1259 (RGA) |
| | ) | |
| SMARTMATIC USA CORP., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF CERTAIN *PRO HAC VICE* COUNSEL**

Pursuant to Local Rule 83.7, Plaintiff Election Systems & Software, LLC ("Election Systems") hereby notifies the Court that Micah T. Uptegrove, Esquire, previously admitted *pro hac vice* on August 23, 2018, is withdrawing as counsel for Election Systems in this action. Mr. Uptegrove is no longer associated with Stinson LLP.

The undersigned Delaware counsel, as well as all other *pro hac vice* counsel, remain counsel of record for Election Systems in this action.

Dated: May 14, 2019

Respectfully submitted,

ROGOWSKI LAW LLC

By: /s/ *Patricia S. Rogowski*
Patricia Smink Rogowski, Del. Bar ID #2632
501 Silverside Road, Suite 11
Silverside Carr Executive Center
Wilmington, DE 19809
Tel: (302) 893-0048
pat@rogowskilaw.com

STINSON LLP

Robert M. Evans, Jr. (*Pro Hac Vice*)
Michael Hartley (*Pro Hac Vice*)
Kyle G. Gottuso (*Pro Hac Vice*)
770 Forsyth Boulevard, Suite 1100

St. Louis, MO 63105
Tel.: 314-863-0800
robert.evans@stinson.com
kyle.gottuso@stinson.com
michael.hartley@stinson.com

*Attorneys for Plaintiff Election Systems & Software, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2019, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the counsel of record in this action.

_*/s/ Patricia S. Rogowski*________________
Patricia Smink Rogowski, Del Bar ID 2632