### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELECTION SYSTEMS & SOFTWARE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-1259 (RGA) |
| ) | |
| SMARTMATIC USA CORP., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF SERVICE

Plaintiff, ELECTION SYSTEMS & SOFTWARE, LLC ("ELECTION SYSTEMS") by and through its undersigned counsel, hereby gives notice that on May 22, 2019, copies of

PLAINTIFF ELECTION SYSTEMS & SOFTWARE, LLC'S INITIAL DISCLOSURES UNDERTHE COURTS DEFAULT STANDARD FOR DISCOVERY; and

PLAINTIFF ELECTION SYSTEMS & SOFTWARE, LLC'S INITIAL IDENTIFICATION OF ACCUSED PRODUCTS AND ASSERTED PATENTS

were served as follows:

**By Email:**

Denise S. Kraft  (served on May 10, 2019)
Brian A. Biggs   (served on May 10, 2019)
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE  19801-1147
Denise.kraft@dlapiper.com
Brian.biggs@dlapiper.com

Aaron Wainscoat
Timothy Lohse
Erin McLaughlin
Harpreet Singh
Larissa Bifano
Michael VanHandel
DLA PIPER LLP (US)
2000 University Ave.
East Palo Alto, CA  94303
Aaron.wainscoat@dlapiper.com
Timothy.lohse@dlapiper.com
Erin.mclaughlin@dlapiper.com
Harpreet.singh@dlapiper.com
Larissa.bifano@dlapiper.com
Michael.vanhandel@dlapiper.com
*Attorneys for Defendant Smartmatic USA Corp.*

Dated: May 22, 2019

Respectfully submitted,

ROGOWSKI LAW LLC

By:  /s/ *Patricia S. Rogowski*
Patricia Smink Rogowski, Del. Bar ID #2632
501 Silverside Road, Suite 11
Silverside Carr Executive Center
Wilmington, DE 19809
Tel:  (302) 893-0048
pat@rogowskilaw.com


STINSON LLP

Robert M. Evans, Jr.
Kyle G. Gottuso
Michael J. Hartley
770 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Tel.: 314-863-0800
robert.evans@stinson.com
kyle.gottuso@stinson.com
michael.hartley@stinson.com

*Attorneys for Plaintiff Election Systems & Software, LLC*