## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELECTION SYSTEMS & SOFTWARE, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>SMARTMATIC USA CORP,<br><br>        Defendant. | C.A. No. 18-01259-RGA<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF SERVICE

I, Denise S. Kraft, do hereby certify that on May 22, 2019 a copy of: **DEFENDANT SMARTMATIC USA CORP'S INITIAL DISCLOSURES UNDER THE COURT'S DEFAULT STANDARD FOR DISCOVERY** was served via email on the below counsel:

Patricia Smink Rogowski
**ROGOWSKI LAW LLC**
501 Silverside Road, Suite 11
Silverside Carr Executive Center
Wilmington, DE 19809
pat@rogowskilaw.com

Robert M. Evans, Jr.
Michael J. Hartley
Kyle G. Gottuso
Micah T. Uptegrove
**STINSON LEONARD STREET LLP**
770 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105-1821
robert.evans@stinson.com
michael.hartley@stinson.com
kyle.gottuso@stinson.com
micah.uptegrove@stinson.com

| | |
|---|---|
| Dated:  May 22, 2019<br><br>**OF COUNSEL**:<br><br>Aaron Wainscoat (admitted *Pro Hac Vice*)<br>Timothy Lohse (admitted *Pro Hac Vice*)<br>Erin McLaughlin (admitted *Pro Hac Vice*)<br>Harpreet Singh (admitted *Pro Hac Vice*)<br>**DLA PIPER LLP (US)**<br>2000 University Ave.<br>East Palo Alto, CA 94303<br>Telephone: 650.833.2000<br>Facsimile: 650.833.2001<br>aaron.wainscoat@dlapiper.com<br>timothy.lohse@dlapiper.com<br>erin.mclaughlin@dlapiper.com<br>harpreet.singh@dlapiper.com | **DLA PIPER LLP (US)**<br><br>By: */s/ Denise S. Kraft*<br>Denise S. Kraft (DE Bar No. 2778)<br>Brian A. Biggs (DE Bar No. 5591)<br>Erin E. Larson (DE Bar No. 6616)<br>**DLA PIPER LLP (US)**<br>1201 North Market Street, Suite 2100<br>Wilmington, DE  19801-1147<br>Telephone:  302.468.5700<br>Facsimile:   302.394.2341<br>denise.kraft@dlapiper.com<br>brian.biggs@dlapiper.com<br>erin.larson@dlapiper.com<br><br>*Attorneys for Defendant*<br>*Smartmatic USA Corp* |