## **CERTIFICATE OF SERVICE**

I, Denise S. Kraft, hereby certify that on this 22nd day of May, 2019, the attached **NOTICE OF SERVICE** was served upon the following counsel of record via e-mail:

Patricia Smink Rogowski
**ROGOWSKI LAW LLC**
501 Silverside Road, Suite 11
Silverside Carr Executive Center
Wilmington, DE 19809
pat@rogowskilaw.com

Robert M. Evans, Jr.
Michael J. Hartley
Kyle G. Gottuso
Micah T. Uptegrove
**STINSON LEONARD STREET LLP**
770 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105-1821
robert.evans@stinson.com
michael.hartley@stinson.com
kyle.gottuso@stinson.com
micah.uptegrove@stinson.com

    /s/ *Denise S. Kraft*
    Denise S. Kraft (DE Bar No. 2778)