# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Election Systems & Software, LLC, | |
| Plaintiff, | C.A. No. 18-1259-RGA-SRF |
| v. | JURY TRIAL DEMANDED |
| Smartmatic USA Corporation, | |
| Defendant. | |

## JOINT MOTION FOR TELECONFERENCE
## TO RESOLVE PROTECTIVE ORDER DISPUTE

Election Systems & Software, LLC and Smartmatic USA Corporation respectfully move this Court to schedule a teleconference to address outstanding disputes regarding a protective order.

In light of a previous communication with Chambers, the parties will provide submissions and present their respective positions consistent with the Court's Order Regarding Discovery Matters during a teleconference on **June 27, 2019 at 11:00 a.m.** with counsel for Smartmatic USA Corporation to initiate the call. The parties' written submissions will be filed as follows – Smartmatic USA Corporation not later than 3 p.m. on June 20, 2019 and Election Systems and Software, LLC not later than 3 p.m. on June 21, 2019.

EAST\166818456.1

Dated: May 30, 2019

| | |
|---|---|
| **ROGOWSKI LAW LLC** | **DLA PIPER LLP (US)** |
| /s/ *Patricia S. Rogowski* | /s/ *Denise S. Kraft* |
| Patricia Smink Rogowski, (Del. Bar ID 2632)<br>501 Silverside Road, Suite 11<br>Silverside Carr Executive Center<br>Wilmington, DE 19809<br>Tel: (302) 893-0048<br>pat@rogowskilaw.com | Denise S. Kraft (DE Bar No. 2778)<br>Brian A. Biggs (DE Bar No. 5591)<br>Erin E. Larson (DE Bar No. 6616)<br>DLA PIPER LLP (US)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE  19801-1147<br>Telephone:  302.468.5700<br>Facsimile:   302.394.2341<br>denise.kraft@dlapiper.com<br>brian.biggs@dlapiper.com<br>erin.larson@dlapiper.com |

**STINSON LEONARD STREET LLP**

Robert M. Evans, Jr., (Mo Bar 35613)
Michael J. Hartley, (Mo Bar 55057)
Kyle G. Gottuso, (Mo Bar 64869)
770 Forsyth Boulevard, Suite 1100
St. Louis, Missouri 63105
Tel: (314) 863-0800
Fax: (314) 345-7600
robert.evans@stinson.com
mike.hartley@stinson.com
kyle.gottuso@stinson.com

*Attorneys for Plaintiff Election Systems & Software, LLC*

**OF COUNSEL:**

Aaron Wainscoat (admitted *Pro Hac Vice*)
Timothy Lohse (admitted *Pro Hac Vice*)
Harpreet Singh (admitted *Pro Hac Vice*)
Erin McLaughlin (admitted *Pro Hac Vice*)
DLA PIPER LLP (US)
2000 University Ave.
East Palo Alto, CA 94303
Telephone: 650.833.2000
Facsimile: 650.833.2001
aaron.wainscoat@dlapiper.com
timothy.lohse@dlapiper.com
harpreet.singh@dlapiper.com
erin.mclaughlin@dlapiper.com

Larissa S. Bifano (admitted *Pro Hac Vice*)
Michael Van Handel (admitted *Pro Hac Vice*)
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: (617) 406-6000
Facsimile:   (617) 406-6100
larissa.bifano@dlapiper.com
michael.vanhandel@dlapiper.com

*Attorneys for Defendant Smartmatic USA Corporation*