# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELECTION SYSTEMS & SOFTWARE, LLC, | |
| Plaintiff, | |
| v. | C.A. No. 18-01259-RGA |
| SMARTMATIC USA CORP, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## NOTICE OF SERVICE

I, Denise S. Kraft, do hereby certify that on July 11, 2019 a copy of: **Defendant Smartmatic USA Corp.'s Core Document Production, bearing Bates numbers SMARTMATIC-0000001-SMARTMATIC-0000557 (SMARTMATIC-001**) was served via email on the below counsel:

Patricia Smink Rogowski
**ROGOWSKI LAW LLC**
501 Silverside Road, Suite 11
Silverside Carr Executive Center
Wilmington, DE 19809
pat@rogowskilaw.com

Robert M. Evans, Jr.
Michael J. Hartley
Kyle G. Gottuso
Micah T. Uptegrove
**STINSON LEONARD STREET LLP**
770 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105-1821
robert.evans@stinson.com
michael.hartley@stinson.com
kyle.gottuso@stinson.com
micah.uptegrove@stinson.com

Dated: July 17, 2019

**OF COUNSEL**:

Aaron Wainscoat (admitted *Pro Hac Vice*)
Timothy Lohse (admitted *Pro Hac Vice*)
Erin McLaughlin (admitted *Pro Hac Vice*)
Harpreet Singh (admitted *Pro Hac Vice*)
**DLA PIPER LLP (US)**
2000 University Ave.
East Palo Alto, CA 94303
Telephone: 650.833.2000
Facsimile: 650.833.2001
aaron.wainscoat@dlapiper.com
timothy.lohse@dlapiper.com
erin.mclaughlin@dlapiper.com
harpreet.singh@dlapiper.com

**DLA PIPER LLP (US)**

*/s/ Denise S. Kraft*
Denise S. Kraft (DE Bar No. 2778)
Brian A. Biggs (DE Bar No. 5591)
Erin E. Larson (DE Bar No. 6616)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, DE  19801-1147
Telephone:  302.468.5700
Facsimile:   302.394.2341
denise.kraft@dlapiper.com
brian.biggs@dlapiper.com
erin.larson@dlapiper.com

*Attorneys for Defendant
Smartmatic USA Corp*

EAST\168046568.1