## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| ELECTION SYSTEMS & SOFTWARE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SMARTMATIC USA CORPORATION, <br><br> Defendant. | Civil Action No. 1:18-cv-1259-RGA <br><br> JURY TRIAL DEMANDED |

## STIPULATION TO MODIFY SCHEDULING ORDER

IT IS HEREBY STIPULATED by the parties, subject to the Court's approval, that Paragraph 7.c. of the Scheduling Order (D.I. 23) is amended to extend by one week the time for Plaintiff Election Systems & Software, LLC to serve its Initial Claim Chart upon Defendant Smartmatic USA Corporation (from August 12, 2019 to August 19, 2019).

Dated: August 7, 2019

| | |
|---|---|
| ROGOWSKI LAW LLC | DLA PIPER LLP (US) |
| By: _/s/ Patricia S. Rogowski_ <br> Patricia Smink Rogowski (Bar No. 2632) <br> 501 Silverside Road, Suite 11 <br> Silverside Carr Executive Center <br> Wilmington, DE 19809 <br> (302) 893-0048 (t) <br> pat@rogowskilaw.com <br> *Attorney for Plaintiff,* <br> *Maritz Holdings, Inc.* | By: _/s/ Denise S. Kraft_ <br> Denise S. Kraft (Bar No. 2778) <br> Brian A. Biggs (Bar No. 5591) <br> 1201 North Market Street, Suite 2100 <br> Wilmington, DE 19801-1147 <br> (302) 468-5700 (t) <br> denise.kraft@dlapiper.com <br> brian.biggs@dlapiper.com <br> *Attorneys for Defendant,* <br> *Smartmatic USA Corporation* |
| Robert M. Evans, Jr. <br> Kyle G. Gottuso <br> Michael J. Hartley <br> STINSON LLP <br> 770 Forsyth Boulevard, Suite 1100 <br> St. Louis, MO  63105 | Aaron Wainscoat <br> Timothy Lohse <br> Erin McLaughlin <br> Harpreet Singh <br> Larissa Bifano <br> Michael VanHandel |

| | |
|---|---|
| (314) 863-0800 (t) | DLA PIPER LLP (US) |
| robert.evans@stinson.com | 2000 University Ave. |
| kyle.gottuso@stinson.com | East Palo Alto, CA  94303 |
| michael.hartley@stinson.com | (650) 833-2000 (t) |
| | Aaron.wainscoat@dlapiper.com |
| | Timothy.lohse@dlapiper.com |
| | Erin.mclaughlin@dlapiper.com |
| | Harpreet.singh@dlapiper.com |
| | Larissa.bifano@dlapiper.com |
| | Michael.vanhandel@dlapiper.com |

Approved and So Ordered this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE