IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELECTION SYSTEMS & SOFTWARE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SMARTMATIC USA CORP,<br><br>Defendant. | C.A. No. 18-01259-RGA<br><br>**JURY TRIAL DEMANDED** |

**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY
PENDING *INTER PARTES* REVIEW PROCEEDINGS**

Plaintiff Election Systems & Software, LLC ("ES&S") and Defendant Smartmatic USA Corp ("Smartmatic") hereby stipulate and request that the Court stay this action in its entirety pending the completion of the instituted *inter partes* reviews of U.S. Patent Nos. 7,753,273 ("the '273 patent") and 8,096,471 ("the '471 patent"):

WHEREAS, the above-captioned action involves allegations of patent infringement by ES&S against Smartmatic involving the '273 patent and the '471 patent;

WHEREAS, Smartmatic filed a petition for *inter partes* review of the '273 patent on January 4, 2019, challenging the patentability of all 19 claims of the '273 patent (IPR2019-00527);

WHEREAS, Smartmatic filed a petition for *inter partes* review of the '471 patent on January 7, 2019, challenging the patentability of all 20 claims of the '471 patent (IPR2019-00531);

WHEREAS, on August 8, 2019 and July 22, 2019, respectively, the Patent Trial and Appeal Board ("PTAB") instituted an *inter partes* review on all challenged claims and all grounds set forth in the two petitions related to '273 and '471 patents;

WHEREAS, the parties have met and conferred and agree that a stay of this case until the PTAB issues a Final Written Decision in both of the above referenced IPR proceedings is in the best interest of the parties and promotes judicial economy because discovery is in its early stages, and because staying this case pending the PTAB's review would simplify the issues for trial and would not cause either party to suffer undue prejudice;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the approval of the Court, that:

a) The above-captioned case is stayed until such time as the PTAB has issued a Final Written Decision in both of the two IPR proceedings identified above;

b) All dates and deadlines currently scheduled in the above-captioned case are vacated; and;

c) The parties shall file a joint status report, with their respective proposals as to how this case should proceed, within 30 days after a Final Written Decision is issued in both of the two IPR proceedings identified above.

Dated:  August 13, 2019                                              Respectfully Submitted,

**ROGOWSKI LAW LLC**                                       **DLA PIPER LLP (US)**

*/s/ Patricia S. Rogowski*                                               */s/ Denise S. Kraft*
Patricia Smink Rogowski (DE Bar No. 2632)      Denise S. Kraft (DE Bar No. 2778)
501 Silverside Road, Suite 11                               Brian A. Biggs (DE Bar No. 5591)
Silverside Carr Executive Center                         Erin E. Larson (DE Bar No. 6616)
Wilmington, DE 19809                                          1201 North Market Street, Suite 2100
Telephone: (302) 893-0048                                   Wilmington, DE  19801-1147
pat@rogowskilaw.com                                           Telephone:  302.468.5700
                                                                                    Facsimile:   302.394.2341
                                                                                    denise.kraft@dlapiper.com
*Attorney for Plaintiff,*                                              brian.biggs@dlapiper.com
*Election Systems & Software, LLC*                      erin.larson@dlapiper.com

*Attorneys for Defendant,*
*Smartmatic USA Corp*


                    IT IS SO ORDERED this _____ day of _____, 2019.


                                                                        _____
                                                                        The Honorable Richard G. Andrews
                                                                        United States District Judge