# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELECTION SYSTEMS & SOFTWARE, LLC, | |
| Plaintiff, | |
| | C.A. No. 18-01259-RGA |
| v. | |
| | **JURY TRIAL DEMANDED** |
| SMARTMATIC USA CORP, | |
| Defendant. | |

## JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PENDING *INTER PARTES* REVIEW PROCEEDINGS

Plaintiff Election Systems & Software, LLC ("ES&S") and Defendant Smartmatic USA Corp ("Smartmatic") hereby stipulate and request that the Court stay this action in its entirety pending the completion of the instituted *inter partes* reviews of U.S. Patent Nos. 7,753,273 ("the '273 patent") and 8,096,471 ("the '471 patent"):

WHEREAS, the above-captioned action involves allegations of patent infringement by ES&S against Smartmatic involving the '273 patent and the '471 patent;

WHEREAS, Smartmatic filed a petition for *inter partes* review of the '273 patent on January 4, 2019, challenging the patentability of all 19 claims of the '273 patent (IPR2019-00527);

WHEREAS, Smartmatic filed a petition for *inter partes* review of the '471 patent on January 7, 2019, challenging the patentability of all 20 claims of the '471 patent (IPR2019-00531);

WHEREAS, on August 8, 2019 and July 22, 2019, respectively, the Patent Trial and Appeal Board ("PTAB") instituted an *inter partes* review on all challenged claims and all grounds set forth in the two petitions related to '273 and '471 patents;

WHEREAS, the parties have met and conferred and agree that a stay of this case until the PTAB issues a Final Written Decision in both of the above referenced IPR proceedings is in the best interest of the parties and promotes judicial economy because discovery is in its early stages, and because staying this case pending the PTAB's review would simplify the issues for trial and would not cause either party to suffer undue prejudice;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the approval of the Court, that:

a) The above-captioned case is stayed until such time as the PTAB has issued a Final Written Decision in both of the two IPR proceedings identified above;

b) All dates and deadlines currently scheduled in the above-captioned case are vacated; and;

c) The parties shall file a joint status report, with their respective proposals as to how this case should proceed, within 30 days after a Final Written Decision is issued in both of the two IPR proceedings identified above.



Dated: August 13, 2019

Respectfully Submitted,

**ROGOWSKI LAW LLC**

*/s/ Patricia S. Rogowski*
Patricia Smink Rogowski (DE Bar No. 2632)
501 Silverside Road, Suite 11
Silverside Carr Executive Center
Wilmington, DE 19809
Telephone: (302) 893-0048
pat@rogowskilaw.com

*Attorney for Plaintiff,*
*Election Systems & Software, LLC*

**DLA PIPER LLP (US)**

*/s/ Denise S. Kraft*
Denise S. Kraft (DE Bar No. 2778)
Brian A. Biggs (DE Bar No. 5591)
Erin E. Larson (DE Bar No. 6616)
1201 North Market Street, Suite 2100
Wilmington, DE  19801-1147
Telephone: 302.468.5700
Facsimile:  302.394.2341
denise.kraft@dlapiper.com
brian.biggs@dlapiper.com
erin.larson@dlapiper.com

*Attorneys for Defendant,*
*Smartmatic USA Corp*

IT IS SO ORDERED this ___14___ day of ___August___, 2019.

_____
The Honorable Richard G. Andrews
United States District Judge

## **CERTIFICATE OF SERVICE**

I, Denise S. Kraft, hereby certify that on this 13th day of August, 2019, the attached **JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PENDING *INTER PARTES* REVIEW PROCEEDINGS** was served upon the following counsel of record via e-mail:

Patricia Smink Rogowski
**ROGOWSKI LAW LLC**
501 Silverside Road, Suite 11
Silverside Carr Executive Center
Wilmington, DE 19809
pat@rogowskilaw.com

Robert M. Evans, Jr.
Michael J. Hartley
Kyle G. Gottuso
Micah T. Uptegrove
**STINSON LEONARD STREET LLP**
770 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105-1821
robert.evans@stinson.com
michael.hartley@stinson.com
kyle.gottuso@stinson.com
micah.uptegrove@stinson.com

/s/ *Denise S. Kraft*
Denise S. Kraft (DE Bar No. 2778)