IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELECTION SYSTEMS & SOFTWARE, LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 18-1259-RGA |
| SMARTMATIC USA CORP., | : |
| Defendant. | : |

## ORDER

WHEREAS, the above-captioned case was stayed on August 14, 2019, due to proceedings that are presently pending before the United States Patent Trial and Appeal Board "PTAB" (D.I. 42);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the "IPR" proceedings have been resolved so that this case may be reopened and other appropriate action may be taken.

August 14, 2019
DATE

_____
UNITED STATES DISTRICT JUDGE