# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| ELECTION SYSTEMS & SOFTWARE, LLC,<br><br>  Plaintiff,<br><br>    v.<br><br>SMARTMATIC USA CORP.,<br><br>  Defendant. | Civil Action No. 1:18-cv-01259-RGA<br><br>JURY TRIAL DEMANDED |

## NOTICE OF CHANGE OF FIRM AND ADDRESS

PLEASE TAKE NOTICE that as of this date, the firm name and address for service for the following counsel for Plaintiff, Election Systems & Software, LLC is changed to:

  Robert M. Evans, Jr.  Revans@lewisrice.com
  Michael J. Hartley   Mhartley@lewisrice.com


  LEWIS RICE LLC
  600 Washington Avenue, Suite 2500
  St. Louis, MO  63101-1311
  (314) 444-7600


Dated: March 10, 2020

            ROGOWSKI LAW LLC

            By: _/s/ Patricia S. Rogowski_
            Patricia Smink Rogowski (Bar No. 2632)
            501 Silverside Road, Suite 11
            Silverside Carr Executive Center
            Wilmington, DE 19809
            (302) 893-0048 (t)
            pat@rogowskilaw.com
            *Attorney for Plaintiff, Election Systems &*
              *Software, LLC*

CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on March 10, 2020 she caused the foregoing to be filed with the Clerk of the United States District court for the District of Delaware, a copy of which will be served on counsel of record by the Clerk's ECF/CM system.

/s/ *Patricia S. Rogowski*

ROGOWSKI LAW LLC
Patricia Smink Rogowski (Bar ID No. 2632)
501 Silverside Road, Suite 11
Silverside Carr Executive Center
Wilmington, DE 19809
(302) 893-0048
pat@rogowskilaw.com