**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ELECTION SYSTEMS & SOFTWARE, LLC,   )<br>  )<br>            Plaintiff,   )<br>  )<br>v.   )   Case No. 18-1259 (RGA)<br>  )<br>SMARTMATIC USA CORP.,   )<br>  )<br>            Defendant.   ) | |

**NOTICE OF WITHDRAWAL OF CERTAIN *PRO HAC VICE* COUNSEL**

Pursuant to Local Rule 83.7, Plaintiff Election Systems & Software, LLC ("ES&S") hereby notifies the Court that Kyle G. Gottuso, Esquire, previously admitted *pro hac vice* on August 23, 2018, is withdrawing as counsel for ES&S in this action.

The undersigned Delaware counsel, as well as all other *pro hac vice* counsel, remain counsel of record for ES&S in this action.

Dated: March 10, 2020

Respectfully submitted,

ROGOWSKI LAW LLC

By: /s/ *Patricia S. Rogowski*
Patricia Smink Rogowski, Del. Bar ID #2632
501 Silverside Road, Suite 11
Silverside Carr Executive Center
Wilmington, DE 19809
Tel: (302) 893-0048
pat@rogowskilaw.com

LEWIS RICE LLC

Robert M. Evans, Jr. (*Pro Hac Vice*)
Michael Hartley (*Pro Hac Vice*)
600 Washington Avenue, Suite 2500
St. Louis, MO 63101
Tel.: 314-444-7600
revans@lewisrice.com
mhartley@lewisrice.com

*Attorneys for Plaintiff Election Systems & Software, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 10, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the counsel of record in this action.

                                                      _/s/ Patricia S. Rogowski_____
                                                Patricia Smink Rogowski, Del Bar ID 2632