# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELECTION SYSTEMS & SOFTWARE, LLC, | |
| Plaintiff, | |
| v. | C.A. No. 18-01259-RGA |
| SMARTMATIC USA CORP, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME

WHEREAS, the Court stayed the above-captioned action pending the completion of the instituted *inter partes* reviews ("IPR") of U.S. Patent Nos. 7,753,273 (the "'273 patent") and 8,096,471 (the "'471 patent) (D.I. 42);

WHEREAS, the Court requested a joint status report "with their respective proposals as to how this case should proceed, within 30 days after a Final Written Decision is issued in both of the two IPR proceedings identified above" (*id.*);

WHEREAS, on July 17, 2020, the Patent Trial and Appeal Board ("PTAB") issued a final written decision in the '471 IPR;

WHEREAS, on August 17, 2020, Defendant Smartmatic USA Corp. ("Smartmatic") filed a Request for Rehearing in the '471 IPR;

WHEREAS, on August 5, 2020, the PTAB issued a final written decision in the '273 IPR; and

WHEREAS, the counsel for Plaintiff Election Systems & Software, LLC ("Plaintiff") and Defendant have conferred and agree to extend the deadline to file a joint status report until after the PTAB's decision on the Request for Rehearing in the '471 IPR;

EAST\176395511.1

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and Defendant, subject to the approval of the Court, that the parties shall file a joint status report within 30 days after the PTAB issues its decision on the Request for Rehearing in the '471 IPR.

Dated:  September 10, 2020

| **ROGOWSKI LAW LLC** | **DLA PIPER LLP (US)** |
|---|---|
| /s/ Patricia S. Rogowski | /s/ Brian A. Biggs |
| Patricia Smink Rogowski (DE Bar No. 2632) | Denise S. Kraft (DE Bar No. 2778) |
| 501 Silverside Road, Suite 11 | Brian A. Biggs (DE Bar No. 5591) |
| Silverside Carr Executive Center | Erin E. Larson (DE Bar No. 6616) |
| Wilmington, DE 19809 | 1201 North Market Street, Suite 2100 |
| Telephone: (302) 893-0048 | Wilmington, DE 19801-1147 |
| pat@rogowskilaw.com | Telephone: 302-468-5700 |
| | Facsimile: 302-394-2341 |
| *Attorney for Plaintiff Election Systems & Software, LLC* | denise.kraft@dlapiper.com |
| | brian.biggs@dlapiper.com |
| | erin.larson@dlapiper.com |
| | *Attorneys for Defendant Smartmatic USA Corp* |

IT IS SO ORDERED this _____ day of _____, 2020.

_____
The Honorable Richard G. Andrews
United Stated District Judge