IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELECTION SYSTEMS & SOFTWARE, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SMARTMATIC USA CORP,<br><br>　　　　　Defendant. | C.A. No. 18-01259-RGA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that the appearance of Denise S. Kraft on behalf of Defendant Smartmatic USA Corp is hereby withdrawn as she is no longer with the firm.  Brian A. Biggs and Erin E. Larson remain as Delaware counsel for Defendant, and Aaron Wainscoat (*Pro Hac Vice*), Timothy Lohse (*Pro Hac Vice*), Harpreet Singh (*Pro Hac Vice*), Erin McLaughlin (*Pro Hac Vice*), Larissa S. Bifano (*Pro Hac Vice*), and Michael Van Handel (*Pro Hac Vice*) also remain as counsel.

| | |
|---|---|
| Dated: September 28, 2020 | **DLA PIPER LLP (US)** |
| **OF COUNSEL**: | */s/ Brian A. Biggs* |
| Aaron Wainscoat (admitted *Pro Hac Vice*) | Brian A. Biggs (DE Bar No. 5591) |
| Timothy Lohse (admitted *Pro Hac Vice*) | Erin E. Larson (DE Bar No. 6616) |
| Harpreet Singh (admitted *Pro Hac Vice*) | 1201 North Market Street, Suite 2100 |
| Erin McLaughlin (admitted *Pro Hac Vice*) | Wilmington, DE  19801-1147 |
| **DLA PIPER LLP (US)** | Telephone:  302.468.5700 |
| 2000 University Ave. | Facsimile:   302.394.2341 |
| East Palo Alto, CA 94303 | brian.biggs@dlapiper.com |
| Telephone: 650.833.2000 | erin.larson@dlapiper.com |
| Facsimile: 650.833.2001 | |
| aaron.wainscoat@dlapiper.com | *Attorneys for Defendant Smartmatic USA Corp* |
| timothy.lohse@dlapiper.com | |
| harpreet.singh@dlapiper.com | |
| erin.mclaughlin@dlapiper.com | |

Larissa S. Bifano (admitted *Pro Hac Vice*)
Michael Van Handel (admitted *Pro Hac Vice*)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: (617) 406-6000
Facsimile: (617) 406-6100
larissa.bifano@dlapiper.com
michael.vanhandel@dlapiper.com