# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELECTION SYSTEMS & SOFTWARE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SMARTMATIC USA CORP,<br><br>Defendant. | C.A. No. 18-01259-RGA<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT SMARTMATIC USA CORP'S
## RULE 30(B)(1) NOTICE OF DEPOSITION OF DEAN BAUMERT

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Defendant Smartmatic USA Corp ("Smartmatic") will take the videotaped deposition upon oral examination of **Dean Baumert** under oath, commencing at 10:00 a.m. (Central Time) on Monday, August 22, 2022 by remote videoconferencing equipment. The videotaped deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as is permitted under the Federal Rules of Civil Procedure and other applicable law and shall continue day to day until completed.

| | |
|---|---|
| Dated: August 17, 2022 | **DLA PIPER LLP (US)** |
| **OF COUNSEL**: | /s/ *Angela Whitesell* |
| | Brian A. Biggs (DE Bar No. 5591) |
| Larissa S. Bifano (admitted *Pro Hac Vice*) | Angela Whitesell (DE Bar No. 5547) |
| **DLA PIPER LLP (US)** | 1201 North Market Street, Suite 2100 |
| 33 Arch Street, 26th Floor | Wilmington, DE 19801-1147 |
| Boston, MA 02110-1447 | Telephone: 302-468-5700 |
| Telephone: 617-406-6000 | Facsimile: 302-394-2341 |
| Facsimile: 617-406-6100 | brian.biggs@us.dlapiper.com |
| larissa.bifano@us.dlapiper.com | angela.whitesell@us.dlapiper.com |
| | *Attorneys for Defendant Smartmatic USA Corp* |
| Richard Mulloy (admitted *Pro Hac Vice)* | |
| **DLA PIPER LLP (US)** | |
| 401 B Street, Suite 1700 | |
| San Diego, CA 92101-4297 | |
| Telephone: 619-699-4787 | |
| Facsimile: 619-764-6787 | |
| richard.mulloy@us.dlapiper.com | |
| | |
| Zachary Loney (admitted *Pro Hac Vice*) | |
| **DLA PIPER LLP (US)** | |
| 303 Colorado Street, Suite 3000 | |
| Austin, TX 78701-4653 | |
| Telephone: 512-457-7203 | |
| Facsimile:(512-721-2283 | |
| zachary.loney@us.dlapiper.com | |